Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8939
    Facsimile:  (415) 744-0134
    Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLA A. POLION,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 8:12-cv-00743-DTB<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

1 | IT IS ORDERED that EAJA fees are awarded in the amount of FOUR
2 | THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) subject to the
3 | terms of the stipulation.

DATED: August 14, 2013

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE