1  Erika Bailey Drake (SBN 248034)
2  edrake@drakeanddrake.com
   Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8  ANDRÉ BIROTTE JR.
9  United States Attorney
   LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
   JEFFREY CHEN, CSBN 260516
12 Special Assistant United States Attorney
13     Social Security Administration
       160 Spear Street, Suite 800
14     San Francisco, CA  94105
15     Telephone:  (415) 977-8939
16     Facsimile:  (415) 744-0134
       Email:  Jeffrey.Chen@ssa.gov
17 Attorneys for Defendant
18
19            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
20
21 KYLA A. POLION                    )
                                     ) CASE NO.: 8:12-cv-00743-DTB
22      Plaintiff,                   )
23 v.                                )
                                     ) [~~PROPOSED~~] ORDER RE
24                                   ) STIPULATION FOR AWARD OF
   CAROLYN W. COLVIN, Acting         ) EAJA FEES
25 Commissioner of Social Security,  )
26                                   )
        Defendant.                   )
27 _____    )
28

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

-1-

1 | IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) subject to the terms of the stipulation.

DATED: August 14, 2013

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE